**PERKINSCOIE**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

☏ +1.212.262.6900
🖷 +1.212.977.1649
PerkinsCoie.com

March 21, 2024

Emily B. Cooper
ECooper@perkinscoie.com
D. +1.212.261.6816
F. +1.212.977.1649

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/21/2024
```

**MEMORANDUM ENDORSED**

Re:   *Sunil Madhu v. Socure Inc.*, Case No. 22-cv-00682-GHW

Dear Judge Woods:

We represent Plaintiff Sunil Madhu in the above-referenced action and write concerning this Court's March 21, 2024 Order scheduling a telephonic conference on March 22, 2024 (ECF No. 78). My colleague Alan Howard—the lead Perkins Coie attorney on this matter—is representing another client at a full-day arbitration hearing tomorrow and is unavailable to attend the scheduled conference.

Pursuant to this Court's Individual Rule of Practice 1(E) we therefore respectfully request that the telephonic conference scheduled for March 22, 2024 be adjourned to March 27 or March 28, 2024, or to another date convenient to the Court. Counsel for Defendant Socure, Inc. has no objection to Plaintiff's request for an adjournment.

Respectfully submitted,

*/s/ Emily B. Cooper*

Emily B. Cooper

cc: All counsel of record (via ECF)

> Application denied. Plaintiff's request to adjourn the March 22 conference is denied. Dkt. No. 79. Plaintiff is represented by three attorneys in addition to Mr. Howard, and Plaintiff does not represent that none of his counsel is able to attend the March 22 conference. The conference will proceed as scheduled. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.
>
> SO ORDERED.
>
> Dated: March 21, 2024
> New York, New York
>
> GREGORY H. WOODS
> United States District Judge

Perkins Coie LLP